**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHERYL JOHNSON-MORRIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| | ) | Case No.: 1:16-cv-01456 |
| *v.* | ) ) | Judge Charles P. Kocoras |
| | ) | Magistrate Judge Sidney I. Schenkier |
| SANTANDER CONSUMER USA INC., an Illinois corporation, | ) ) | |
| | ) | |
| *Defendant.* | ) | |

<u>**NOTICE OF MOTION**</u>

To:  All Counsel

PLEASE TAKE NOTICE THAT on **April 19, 2016, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras, or any Judge sitting in his stead, in Courtroom 2325, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the attached **PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is served upon you.

DATED:  April 13, 2016                    Respectfully submitted,

                                         **SANTANDER CONSUMER USA INC.**

                                         By: <u>/s/ Tammy L. Adkins</u>
                                              One of Its Attorneys

                                              Tammy L. Adkins
                                              tadkins@mcguirewoods.com
                                              MCGUIREWOODS LLP
                                              77 West Wacker Drive, Suite 4100
                                              Chicago, IL 60601
                                              T:  (312) 849-8100
                                              F:  (312) 849-3690

Marc A. Lackner
mlackner@mcguirewoods.com
MCGUIREWOODS LLP
505 Sansome Street, Suite 700
San Francisco, CA 94111
T: (415) 844-9944
F: (415) 844-9922

Jarrod D. Shaw
jshaw@mcguirewoods.com
MCGUIREWOODS LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
T: (412) 667-6000
F: (412) 667-6050

*Counsel for Defendant*
*Santander Consumer USA Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2016, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all registered parties.


*/s/ Tammy L. Adkins*_____
Tammy L. Adkins
