UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERYL JOHNSON-MORRIS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>    *Defendant*. | Case No.: 1:16-cv-01456 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

Attorney Henry Pietrkowski of Reed Smith LLP, pursuant to Local Rule 83.17, respectfully submits this Motion for Leave to Withdraw from this particular matter as counsel of record for Defendant Santander Consumer USA, Inc. ("Santander"). In support of this Motion, the undersigned counsel states as follows:

1. On January 28, 2016, I filed my appearance as one of the counsel of record for Santander in this matter. (Dkt. 3.)

2. Additional appearances for Santander subsequently were filed by attorneys Marc Lackner, Jarrod Shaw and Tammy Adkins of the McGuire Woods law firm. (Dkt. 6, 7, 21.)

3. Santander has indicated that it wants to use the attorneys from McGuire Woods as counsel of record going forward in this matter. In accordance with these instructions from the client, the undersigned attorney respectfully requests that the Court grant him to leave to withdraw from this matter as counsel of record.

4. Santander requested this withdrawal and will continue to be represented by the McGuire Woods firm in this matter. Santander therefore will not be prejudiced by this

withdrawal.

WHEREFORE, attorney Henry Pietrkowski of Reed Smith LLP respectfully requests leave to withdraw as counsel of record for Defendant Santander Consumer USA, Inc. in this particular matter.

DATED: April 18, 2016                         Respectfully submitted,

                                              By: /s/ Henry Pietrkowski

                                              Henry Pietrkowski
                                              hpietrkowski@reedsmith.com
                                              REED SMITH LLP
                                              10 South Wacker Drive, Suite 4000
                                              Chicago, IL 60606
                                              Telephone:+1 312 207 1000
                                              Facsimile: +1 312 207 6400

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing **Motion for Leave to Withdraw As Counsel for Defendant** with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all registered parties.

                                                      By:*/s/ Henry Pietrkowski*
                                                             Henry Pietrkowski