**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHERYL JOHNSON-MORRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:16-cv-01456 |

## NOTICE OF MOTION

To: All Counsel

PLEASE TAKE NOTICE THAT on **Thursday, April 21, 2016, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras, or any Judge sitting in his stead, in Courtroom 2325, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL and shall then and there present his **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**, a copy of which is served upon you.

DATED: April 18, 2016

Respectfully submitted,

By: /s/ Henry Pietrkowski

Henry Pietrkowski
hpietrkowski@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing **Notice of Motion** and **Motion for Leave to Withdraw As Counsel for Defendant** with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all registered parties.

By:*/s/ Henry Pietrkowski*
Henry Pietrkowski